IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                         Case No.  3:05cv343/RV/MD

0.36 OF AN ACRE OF LAND, MORE OR LESS,
SITUATE IN ESCAMBIA COUNTY,
STATE OF FLORIDA,
THE ESTATE OF NOVELLA SIMMONS, a/k/a as
NOVELEA SIMMONS, DECEASED
and her heirs at law,
ANDREW GEORGE NETTLES, deceased,
and the unknown heirs, devisees, grantees,
assignees, lienors, creditors, trustees,
personal representatives, or others claiming by, through,
under, or against NOVELLA SIMMONS, deceased,
THE ESTATE OF ANDREW GEORGE NETTLES,
a/k/a ANDREW NETTLES, DECEASED
and his heirs at law,
SHERRY DENISE STALLWORTH a/k/a
SHERRY NETTLES, DECEASED,
JOE NETTLES
and the unknown heirs, devisees, grantees,
assignees, lienors, creditors, trustees,
personal representatives, or others claiming by, through,
under, or against ANDREW GEORGE NETTLES, deceased,
THE ESTATE OF SHERRY DENISE STALLWORTH
a/k/a SHERRY NETTLES, DECEASED
and her heirs at law,
TARSHA STALLWORTH a/k/a TASHA STALLWORTH,
RODNEY STALLWORTH,
and the unknown heirs, devisees, grantees,
assignees, lienors, creditors, trustees,
personal representatives, or others claiming by, through,

**under, or against SHERRY DENISE STALLWORTH**
**a/k/a SHERRY NETTLES, deceased,**
**RICHARD SEAMAN,**
**THE ESTATE OF STEPHEN SEAMAN, DECEASED**
**and his heirs at law,**
**GLADYS SEAMAN,**
**PAMELA BONNER,**
**and the unknown heirs, devisees, grantees,**
**assignees, lienors, creditors, trustees,**
**personal representatives, or others claiming by, through,**
**under, or against STEPHEN SEAMAN, deceased,**
**HENRY REMBERT,**
**PEARLIE WIGGINS,**
**IVORY DELL JENKINS,**
**THE ESTATE OF GEORGE SIMMONS, DECEASED,**
**and his heirs at law,**
**PEARLIE MCCANT,**
**and the unknown heirs, devisees, grantees,**
**assignees, lienors, creditors, trustees,**
**personal representatives, or others claiming by, through,**
**under, or against GEORGE SIMMONS, deceased,**
**JUANITA SAVAGE,**
**NICOLE SAVAGE,**
**SHEILA SAVAGE,**
**NEIGHBORHOOD ENTERPRISE FOUNDATION, INC.**
**THE CITY OF PENSACOLA, FLORIDA;**
**JANET HOLLEY AS TAX COLLECTOR;**
**FOR ESCAMBIA COUNTY, STATE OF FLORIDA;**
**COUNTY OF ESCAMBIA, STATE OF FLORIDA;**
**ESCAMBIA COUNTY UTILITIES AUTHORITY,**
**ATTORNEY GENERAL FOR THE STATE OF FLORIDA;**
**RICHARD WAGNER,**
**SHELIA HOLLYDAY**,
**and unknown others in possession or otherwise**
**claiming a legal or equitable interest in the subject property;**

       **Defendants.**

_____

## ORDER FOR DELIVERY OF POSSESSION

       This action coming on for hearing ex parte upon motion of the Plaintiff for an order for

the surrender of possession of the property described in the Complaint filed herein to Plaintiff,

and it appearing that Plaintiff is entitled to possession of said property:

It is hereby adjudged that all defendants to this action and all persons in possession or control of the property described in the Complaint filed herein shall surrender possession of said property to the extent to the estate being condemned, to the Plaintiff immediately; provided that a
notice of this order shall be served upon all persons in possession or control of the said property forthwith.

Entered this 3rd  day of October, 2005.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**