IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                                 3:05cv343/RV/MD

.36 OF AN ACRE OF LAND, MORE
OR LESS SITUATED IN ESCAMBIA
COUNTY, STATE OF FLORIDA, et al.
        Defendants.

---

**REPORT AND RECOMMENDATION**

        The government filed a complaint for condemnation pursuant to the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (CERCLA) and title 42 U.S.C. § 9406(j), seeking to condemn .36 acres of land located in Escambia County, Florida described with greater particularity in the complaint. Defendant Emerald Coast Utilities Authority ("ECUA") filed a motion for summary judgment on April 7, 2006 regarding the priority of its lien and seeking damages to which it claims to be entitled. (Doc. 59, 60 & 61). ECUA's motion, memorandum and documents attached thereto reveal that it has a lien valued at $1,228.27 as of March 31, 2006, and that further damages accrue at the rate of $0.28 per day. (Doc. 61, tab A, affidavit of Nettie Williams at 2). When the time elapsed for filing a response in opposition, and no response had been received from the plaintiff or any other party, the court entered an order to show cause, directing any party who wished to oppose the motion to do so. The plaintiff promptly filed a response indicating that it has no objection to the court entering an order directing that funds be distributed to the ECUA from the $9,000.00 it had deposited into the court registry. Because interest continues to accrue daily on the lien, plaintiff noted that early distribution

to satisfy ECUA's paramount interest would maximize the distribution to others who may later be found to be entitled to the funds.

Accordingly it is respectfully RECOMMENDED:

The defendant ECUA's motion for summary judgment (doc. 59) be granted and funds be distributed to that defendant in accordance with the terms of its lien.

DONE AND ORDERED this 28th day of April, 2006.

/s/ *Miles Davis*
    **MILES DAVIS**
    **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** ***United States v. Roberts,*** **858 F.2d 698, 701 (11th Cir. 1988).**

*Case No: 3:02cv191/RV/MD3*