IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

vs.                                               3:05cv343/RV/MD

**.36 OF AN ACRE OF LAND, MORE
OR LESS SITUATED IN ESCAMBIA
COUNTY, STATE OF FLORIDA, et al.,**
    Defendants.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 28, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing the objections to the Recommendation, the Recommendation is adopted as the opinion of the Court, with the modifications set out herein.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The defendant ECUA's motion for summary judgment (doc. 59) is granted and funds shall be distributed to defendant ECUA as follows: $1,100.00.

DONE AND ORDERED this 31st day of May, 2006.

                                                    /s/ *Roger Vinson*
                                                    **ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**