IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                     3:05cv343/RV/MD

**.36 OF AN ACRE OF LAND, MORE
OR LESS SITUATED IN ESCAMBIA
COUNTY, STATE OF FLORIDA, et al.,**

    **Defendants.**
_____

## O R D E R

    **Upon consideration of the Report and Recommendation of the Magistrate Judge filed on October 23, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.**

    **Accordingly, it is now ORDERED as follows:**

    1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.     The court shall enter judgment condemning, and granting fee simple title to the United States of America, subject to existing easements for public roads and highways, public utilities, railroads and pipelines, the following described real property:

> All that tract or parcel of land lying and being in Section 5, Township 2, South, Range 30 West, Tallahassee Meridian, Escambia County, Florida, being more particularly described as being:
>
> All of Lots 58 and 59, of Hermann's Subdivision of Lots 2, 3, 4, 5 and 6 of said Section 5, according to the plat of said subdivision thereof recorded in Deed Book 18, page 449, of the records in the Office of the Clerk of the Circuit Court of Escambia County, Florida.
>
> Containing .36 of an acre, more or less, and designated as

Tract 329 of the Escambia Treating Company Superfund Site Project.

3. The court finds the value of Lot 58 and Lot 59 to be $4,500.00 for each parcel.

4. The defendant Janet Holly, Tax Collector's motion for partial summary judgment (doc. 69) is granted in part.

5. The $4,500 and any interest that has accrued on that amount since the deposit of funds to the court registry shall be disbursed to Janet Holley, Tax Collector as partial payment for amounts owing for back taxes on Lot 59.

6. The $784.45 shall be disbursed to Janet Holley, Tax Collector for unpaid taxes on Lot 58 for the year 2005.

7. The $2,615.55 and any remaining interest shall be disbursed to Shelia Hollyday and Marvin Wagner as just compensation for their interest in Lot 58. These defendants shall contact the Finance Department of this court to provide their taxpayer identification numbers or social security numbers for the disbursement.

8. Final judgment shall be entered accordingly.

At Pensacola, Florida, this 22nd day of November, 2006.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE